**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00379-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SARAH VANESSA LUCERO,

        Defendant.

**ORDER DISMISSING PETITION ON PROBATION AND VACATING HEARING**

        This matter comes before the Court upon report of the Probation Officer concerning the Petition for Issuance of Summons Due to Violation of Probation filed on September 15, 2014, and the Court now being advised that the defendant has complied with making monthly restitution payments, which is the only basis for the violation. Accordingly, it is

        ORDERED that the Petition be dismissed and the Probation Revocation Hearing set for April 2, 2015, be vacated.

        DATED at Denver, Colorado, this ___20th___ day of March, 2015.

                              BY THE COURT:

                              ___s/Lewis T. Babcock___
                              Lewis T. Babcock
                              Senior United States District Judge